1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE
                      EASTERN DISTRICT OF CALIFORNIA
8

9  LAMIN MARRAH, et al.                 )    No. CV S 11-1412 JAM GGH
                                        )
10          Plaintiffs,                 )    JOINT STIPULATION RE: EXTENSION
                                        )    OF TIME FOR ANSWER TO
11     v.                               )    COMPLAINT AND ORDER
                                        )
12  Janet Napolitano, Secretary of Homeland )
    Security, et al.                    )
13                                      )
            Defendants.                 )
14  _____  )

15

16     This is an immigration case in which plaintiff has challenged the delay in the processing of

17  Lamin Marrah's application for adjustment of status.  The parties have previously consented to

18  one extension of time, until September 30, 2011.  Because the administrative process has not yet

19  concluded in this matter, and it is expected that the administrative process will resolve the matter

20  in its entirety, the parties now stipulate to a second extension of time for the filing of the

    government's answer as well as the joint scheduling report, until November 15, 2011.

21

22

23  Dated: September 30, 2011

24                                      BENJAMIN B. WAGNER
                                        United States Attorney
25

26                          By:    /s/Audrey Hemesath
                                   Audrey B. Hemesath
27                                 Assistant U.S. Attorney
                                   Attorneys for the Defendants
28

                                        -1-

By:     /s/ Lisa Kobayashi
Lisa Kobayashi
Attorney for the Plaintiffs

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

ORDERED that the time for the government to answer the complaint, and for the parties to

submit the joint status report is extended to November 15, 2011.

IT IS SO ORDERED.

DATED:   9/30/2011                    /s/ John A. Mendez
                                      UNITED STATES DISTRICT COURT JUDGE