BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAMIN MARRAH, et al. | No. CV S 11-1412 JAM GGH |
| Plaintiffs, | JOINT STIPULATION RE: EXTENSION OF TIME FOR ANSWER TO |
| v. | COMPLAINT AND ORDER |
| Janet Napolitano, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in the processing of Lamin Marrah's application for adjustment of status. The parties have previously consented to two extensions of time, through November 15, 2011. As of the time of this filing, the administrative process remains ongoing. It is still expected that the administrative process will resolve the matter in its entirety, the parties now stipulate to a third extension of time for the filing of the government's answer as well as the joint scheduling report, until March 5, 2012.

Dated: November 14, 2011

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                    By:    /s/Audrey Hemesath
                            Audrey B. Hemesath
                            Assistant U.S. Attorney
                            Attorneys for the Defendants

By: /s/ Lisa Kobayashi
Lisa Kobayashi
Attorney for the Plaintiffs

### ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for the government to answer the complaint, and for the parties to submit the joint status report is extended to March 5, 2012.

IT IS SO ORDERED.

DATED: 11/14/2011                    /s/ John A. Mendez
                                     UNITED STATES DISTRICT COURT JUDGE

-2-