1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2729

5  Attorneys for Defendants

6

7            IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF CALIFORNIA
8

9  LAMIN MARRAH, et al.                )    No. CV S 11-1412 JAM GGH
                                        )
10       Plaintiffs,                    )    JOINT STIPULATION RE: DISMISSAL
                                        )    AND  ORDER
11    v.                                )
                                        )
12  Janet Napolitano, Secretary of Homeland  )
   Security, et al.                     )
13                                      )
         Defendants.                    )
14  _____)

15

16       This is an immigration case in which plaintiff has challenged the delay in the processing of

17  Lamin Marrah's application for adjustment of status.  United States Citizenship and Immigration

18  Services approved the pending applications on January 6, 2012.  Accordingly, the parties now

19  stipulate to dismissal of this matter as moot.

20

   Dated: March 5, 2012
21                                           BENJAMIN B. WAGNER
                                             United States Attorney
22

23
                                   By:    /s/Audrey Hemesath
24                                        Audrey B. Hemesath
                                          Assistant U.S. Attorney
25                                        Attorneys for the Defendants

26
                                   By:    /s/ Lisa Kobayashi
27                                        Lisa Kobayashi
                                          Attorney for the Plaintiffs
28


                                    -1-

1ance

1

2

3

ORDER

 Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

4

ORDERED that the matter is dismissed as moot.

5

 IT IS SO ORDERED.

6

DATED: 3/5/2012         /s/ John A. Mendez

7             UNITED STATES DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28